**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
6/24/21

RAY PADULA HOLDINGS, LLC, )
)
)
Plaintiff, )
)
v. )
)
WALMART MARKETPLACE )
VENDOR NO. 10001029424, )
)
Defendant. )
)
)

**FINAL DEFAULT JUDGMENT**
**AND ORDER**

Civ. Action No. 7:20-cv-4718-VB

This Court, by the September 18, 2020 default judgment (Dkt. # 27), having granted plaintiff's motion for a default judgment as to all claims asserted in the Verified Complaint (Dkt. # 1); and upon the recommendations of Magistrate Judge Paul E. Davison (Dkt. # 41) adopted as an opinion of this Court (Dkt. # 45), that the judgment be entered against defendant Walmart Marketplace Vendor No. 10001029424 for the amount of $5,043,189.47, consisting of (i) statutory damages in the amount of $5,000,000.00, (ii) attorneys' fees in the amount of $42,218.78, and (iii) costs in the amount of $970.69, with an order freezing the balance due in defendant's Walmart Marketplace account and transferring that asset to plaintiff,

**JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Ray Padula Holdings, LLC against defendant Walmart Marketplace Vendor No. 10001029424 in the amount of $5,043,189.47,

**IT IS FURTHER ORDERED** with respect to defendant's assets in defendant's Walmart Marketplace account No. 10001029424 (the "Walmart Account Assets"), that defendant and its officers, agents, servants, employees, and attorneys, and all other persons in active concert or

participation with any of them, who receive actual notice of this Order by personal service or otherwise, except as provided herein, or as directed by further order of the Court, are hereby restrained and enjoined from transferring, liquidating, converting, encumbering, pledging, loaning, selling, concealing, dissipating, disbursing, assigning, spending, withdrawing, granting a lien or security interest or other interest in, or otherwise disposing of the Walmart Account Assets,

**IT IS FURTHER ORDERED** that release and transfer of the Walmart Account Assets to plaintiff, as plaintiff's counsel may direct, is authorized until the monetary judgment is satisfied.

The Clerk of Court is respectfully directed to close any pending motions and to close this case.

Dated: June 24, 2021
White Plains, NY

**SO ORDERED:**

Vincent L. Briccetti
United States District Judge